**E-filed 5/30/08**

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
5  JAY C. RUSSELL, State Bar No. 122626
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5717
    Fax:  (415) 703-5843
8   Email:  Jay.Russell@doj.ca.gov

9  Attorneys for Defendants Woodford, Nienhuis,
   Wooten, Bracy, McGarvey, and Knudsen

10

11                  IN THE UNITED STATES DISTRICT COURT

12               FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                            SAN JOSE DIVISION

14

| | |
|---|---|
| **VIET NGO,** | Case No. C 03-2210 JF |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER RE-SCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | |
| **J. S. WOODFORD, et al.,** | |
| Defendants. | Hearing:     June, 27, 2008<br>Time:        10:30 a.m.<br>Courtroom: 3, 5th Floor<br>Judge:       The Honorable Jeremy Fogel |

23      On May 7, 2008, the Court scheduled a Case Management Conference for June 27, 2008.

24  Because of a conflict in Defendants' counsel's schedule, the parties stipulate that this Case

25  Management Conference be re-scheduled to June 20, 2008, beginning at 10:30 a.m.

26      Consistent with the Court's May 7, 2008 Order, the parties further stipulate that a Joint Case

27  Management Conference Statement will be submitted no later than ten days before the

28  conference, i.e., on or before June 10, 2008, under the Court's local rules.

Stip. & [Proposed] Order Re-Scheduling Case Mgmt. Conf.                              *Ngo v. Woodford, et al.*
                                                                                     C 03-2210 JF

1    SO STIPULATED.

2    Dated:  May 27, 2008

3                Respectfully submitted,

4                EDMUND G. BROWN JR.
                    Attorney General of the State of California

5                DAVID S. CHANEY
                    Chief Assistant Attorney General

6                FRANCES T. GRUNDER
                    Senior Assistant Attorney General

7

8                MICHAEL W. JORGENSON
                    Supervising Deputy Attorney General

9

                /s/ Jay C. Russell

10

11               JAY C. RUSSELL
                  Deputy Attorney General
                  Attorneys for Defendants Woodford, Nienhuis, Wooten, Bracy,

12               McGarvey, and Knudsen

13

14    Dated:    May 27, 2008

15                SIDLEY AUSTIN LLP

16   40255641.wpd
     SF2003400073

17                /s/ Peter H. Kang

18               PETER H. KANG, ESQ.
                  Attorneys for Plaintiff Viet Mike Ngo

19

20                                **ORDER**

21        PURSUANT TO STIPULATION, IT IS ORDERED THAT the Case Management

22   Conference is re-scheduled to June 20, 2008 at 10:30 a.m.  The parties shall submit a case

23   management conference statement no later than ten days before the conference, under the Court's

24   local rules.

25      Dated:    5/30     , 2008

26

27                       HON. JEREMY FOGEL
                        United States District Court Judge

28

Stip. & [Proposed] Order Re-Scheduling Case Mgmt. Conf.          *Ngo v. Woodford, et al.*
                                                          C 03-2210 JF

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Ngo v. Woodford, et al.**

No.:   **C 03-2210 JF**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>May 28, 2008</u>, I served the attached

### STIPULATION AND [Proposed] ORDER RESCHEDULING
### CASE MANAGEMENT CONFERENCE

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Robert R. Anderson
Attorney at Law
6702 E Holly Street, Suite 11000
Scottsdale, AZ 85257-2524

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 28, 2008, at San Francisco, California.

| T. Oakes | /s/ T. Oakes |
|----------|--------------|
| Declarant | Signature |

40258685.wpd