1  TIMOTHY P. MURPHY, ESQ. (Bar No. 120920)      [G.C. 6103]
   EDRINGTON, SCHIRMER & MURPHY
2  The Terraces
   2300 Contra Costa Blvd., Suite 450
3  Pleasant Hill, CA  94523
   Telephone:  (925) 827-3300
4
   Attorney for Defendant DEWEY WOOTEN
5

6

7

8                    UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE BRANCH

10

11  VIET NGO,                              Case No.  C 03-2210 JF

12        Plaintiff,
                                           **SUBSTITUTION OF ATTORNEYS**
13  v.                                     **FOR DEFENDANT; [PROPOSED]**
                                           **ORDER**
14  J.S. WOODFORD, et al.

15        Defendants.
                                      /
16

17        Deputy Attorney General Jay C. Russell presently represents defendant DEWEY

18  WOOTEN in this action.

19        At this time defendant DEWEY WOOTEN seeks an order approving the substitution of

20  Timothy P. Murphy, Edrington, Schirmer & Murphy, 2300 Contra Costa Blvd., Suite 450,

21  Pleasant Hill, CA  94523 in place of Deputy Attorney General Jay C. Russell to represent

22  defendant DEWEY WOOTEN only.

23        At the present time defendant DEWEY WOOTEN is not scheduled for deposition and no

24  Trial date has been assigned.

25        The requested substitution will cause no prejudice to any party to this action.

26

                                      1

SUBSTITUTION OF ATTORNEYS;  [PROPOSED]  ORDER

It is requested that the substitution of counsel as described above be approved by the court.

Dated: June 13, 2008                         Respectfully submitted,

                                             Office of the Attorney General



                                             Deputy Attorney General Jay C. Russell


I join in this request and agree to represent defendant DEWEY WOOTEN in this action.

Dated: June 12, 2008                         EDRINGTON, SCHIRMER & MURPHY



                                             Timothy P. Murphy, Esq.



I join in this request.

Dated: June 4, 2008



                                             Dewey Wooten


IT IS SO ORDERED.

Dated:   6/19/08



                                             The Honorable Jeremy Fogel
                                             United States District Judge

SUBSTITUTION OF ATTORNEYS; [PROPOSED] ORDER

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Ngo v. Woodford, et al.**

No.:  **C 03-2210 JF**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>June 17, 2008</u>, I served the attached

### SUBSTITUTION OF ATTORNEYS FOR DEFENDANT; [Proposed] ORDER

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Robert R. Anderson**
**Attorney at Law**
**6702 E Holly Street, Suite 11000**
**Scottsdale, AZ 85257-2524**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 17, 2008, at San Francisco, California.

|                    |                    |
|--------------------|--------------------|
| T. Oakes           | /s/ T. Oakes       |
| Declarant          | Signature          |

20117252.wpd