1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| VIET MIKE NGO, ) | Case No. C 03-2210 JF (PR) |
|       Plaintiff, ) | |
| ) | **[PROPOSED] ORDER GRANTING** |
|   vs. ) | **PLAINTIFF'S MOTION TO EXCUSE** |
| ) | **PETER KANG FROM JUNE 20, 2008** |
| J. WOODFORD, WARDEN, et al., ) | **CASE MANAGEMENT CONFERENCE** |
| ) | |
|       Defendants. ) | |
| _____) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXCUSE**
**CASE NO. C 03 2210 JF (PR)**

1  The Court has considered Plaintiff Viet Mike Ngo's motion pursuant to Civil L.R. 7-11 to
2  excuse Peter Kang from the Case Management Conference scheduled for June 20, 2008.  After
3  consideration of the papers submitted, it is hereby ORDERED that Plaintiff's motion is GRANTED,
4  and that:
5      1.  The Case Management Conference shall proceed as scheduled on June 20, 2008 at
6  10:30 a.m.;
7      2.  Peter Kang is excused from attending the Case Management Conference.

**IT IS SO ORDERED.**

Dated:  June 19, 2008

_____
UNITED STATES DISTRICT JUDGE