UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIET NGO,

        Plaintiff,,

    v.

J. WOODFORD, et al.,

        Defendants.
                                         /

No. 03-02210 JF (EDL)

ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated September 5, 2008, defense counsel requested defendants to be excused from personally appearing at the settlement conference scheduled for September 17, 2008. Additionally, CDCR's Legal Affairs representative requests that she be allowed to participate via telephone. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that J. Woodford, R. Knudsen, M. McGarvey, J. Bracy, I. Nienhuis, D. Wooten and the representative of CDCR's Legal Affairs be available by telephone from 1:30 p.m. Pacific Standard Time until further notice on September 17, 2008.

If the Court concludes that the absence of the defendants is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party.

SO ORDERED.

Dated: September 16, 2008

                                                      *Elizabeth D. Laporte*
                                                      ELIZABETH D. LAPORTE
                                                      United States Magistrate Judge