PETER H. KANG (No. 158101)
KEVIN P. BURKE (No. 241972)
CONNIE TSAI (No. 250264)
SIDLEY AUSTIN LLP
 555 California Street, Suite 2000
 San Francisco, California 94104
 Telephone:   (415) 772-1200
 Facsimile:   (415) 772-7400
 Email: pkang@sidley.com
         kburke@sidley.com
         ctsai@sidley.com

**E-Filed 10/15/08**

Attorneys for Plaintiff Viet Mike Ngo

EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
JAY C. RUSSELL, State Bar No. 122626
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5717
 Fax: (415) 703-5843
 Email: Jay.Russell@doj.ca.gov

TIMOTHY P. MURPHY (No. 120920)
EDRINGTON, SHIRMER
& MURPHY
 The Terraces
 2300 Contra Costa Blvd., Suite 450
 Pleasant Hill, CA 94523
 Telephone:   (925) 827-3300
 Facsimile:   (925) 827-3340
 Email: TMurphy@esmlaw.com

Attorneys for Defendant Wooten

Attorneys for Defendants Woodford, Nienhuis, Bracy,
McGarvey, and Knudsen

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **VIET NGO,**<br><br>                                Plaintiff,<br><br>     v.<br><br>**J. S. WOODFORD, et al.,**<br><br>                                Defendants. | Case No. C 03-2210 JF<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] CASE MANAGEMENT ORDER** CONTINUING CMC<br><br>Hearing:     October 17, 2008<br>Time:          10:30 a.m.<br>Courtroom: 3, 5th Floor<br>Judge:        The Honorable Jeremy Fogel |

Joint Case Mgmt. Conf. Statement                                                           *Ngo v. Woodford, et al.*
                                                                                                                          C 03-2210 JF

1

1   The parties jointly submit this Case Management Statement and Proposed Order:

2   Following a settlement conference held before Magistrate Judge Elizabeth Laporte on
3   September 17, 2008, the parties reached an agreement to fully settle this litigation.  A letter of
4   understanding confirming the proposed settlement was signed by all counsel, and counsel for
5   Defendants Woodford, Nienhuis, Bracy, McGarvey, and Knudsen is drafting a formal Settlement
6   and Release Agreement.  The parties believe that this Agreement will be signed and executed,
7   and a Request for Dismissal filed by Plaintiff, within the next 60 days.

8   To that end, the parties request that the Court continue the Case Management Conference
9   for 60 days to allow for execution of and compliance with the proposed Settlement and Release
10  Agreement.

11  Dated:  October 8, 2008

12  Respectfully submitted,

13  EDMUND G. BROWN JR.
    Attorney General of the State of California

14  DAVID S. CHANEY
    Chief Assistant Attorney General

15  FRANCES T. GRUNDER
16  Senior Assistant Attorney General

    MICHAEL W. JORGENSON
17  Supervising Deputy Attorney General

18

19  */s/ Jay C. Russell*

20  JAY C. RUSSELL
    Deputy Attorney General
21  Attorneys for Defendants Woodford, Nienhuis, Bracy,
    McGarvey, and Knudsen

22

23
    SIDLEY AUSTIN LLP
24

25  */s/ Kevin P. Burke*

26  CONNIE TSAI, ATTORNEY AT LAW
    KEVIN P. BURKE, ESQ.
27  Attorneys for Plaintiff Mike Viet Ngo

28

EDRINGTON, SHIRMER & MURPHY

*/s/ Timothy P. Murphy*

TIMOTHY P. MURPHY, ESQ.
Attorneys for Defendant Wooten

**CASE MANAGEMENT ORDER**

Based upon the parties' Joint Case Management Conference Statement, and good cause appearing,

IT IS ORDERED THAT the Case Management Conference is continued to December 19, 2008 at 10:30 a.m.

Dated: October __14__, 2008.

_____
HON. JEREMY FOGEL
U.S. District Court Judge

40275137.wpd

SF2003400073