PETER H. KANG (No. 158101)
KEVIN P. BURKE (No. 241972)
CONNIE TSAI (No. 250264)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
Email: pkang@sidley.com
       kburke@sidley.com
       ctsai@sidley.com

**E-Filed 12/11/08**

Attorneys for Plaintiff Viet Mike Ngo

EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
JAY C. RUSSELL, State Bar No. 122626
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5717
Fax: (415) 703-5843
Email: Jay.Russell@doj.ca.gov

Attorneys for Defendants Woodford, Nienhuis, Bracy, McGarvey, and Knudsen

TIMOTHY P. MURPHY (No. 120920)
EDRINGTON, SHIRMER
& MURPHY
The Terraces
2300 Contra Costa Blvd., Suite 450
Pleasant Hill, CA 94523
Telephone: (925) 827-3300
Facsimile: (925) 827-3340
Email: TMurphy@esmlaw.com

Attorneys for Defendant Wooten

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIET NGO,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>J. S. WOODFORD, et al.,<br><br>　　　　　　　Defendants. | Case No. C 03-2210 JF<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] CASE MANAGEMENT ORDER**<br>19<br>Hearing: December 17, 2008<br>Time: 10:30 a.m.<br>Courtroom: 3, 5th Floor<br>Judge: The Honorable Jeremy Fogel |

The parties jointly submit this Case Management Statement and Proposed Order:

Following a settlement conference held before Magistrate Judge Elizabeth Laporte on September 17, 2008, the parties reached an agreement to fully settle this litigation. The parties have been negotiating on terms for a formal Settlement and Release Agreement, and have agreed to further revisions. All parties believe that this Agreement will be signed and executed, and a Request for Dismissal filed by Plaintiff, shortly, and in any event within sixty days.

To that end, the parties request that the Court continue the Case Management Conference for an additional sixty days to allow for execution of and compliance with the proposed Settlement and Release Agreement.

Dated: December 8, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

ROCHELLE C. EAST
Senior Assistant Attorney General

MICHAEL W. JORGENSON
Supervising Deputy Attorney General


/s/ Jay C. Russell

JAY C. RUSSELL
Deputy Attorney General
Attorneys for Defendants Woodford, Nienhuis, Bracy, McGarvey, and Knudsen



SIDLEY AUSTIN LLP


/s/ Connie Tsai

CONNIE TSAI, ATTORNEY AT LAW
KEVIN P. BURKE, ESQ.
Attorneys for Plaintiff Mike Viet Ngo

Joint Case Mgmt. Conf. Statement

*Ngo v. Woodford, et al.*
C 03-2210 JF

1  EDRINGTON, SHIRMER & MURPHY

2

3  /s/ Timothy P. Murphy

4  TIMOTHY P. MURPHY, ESQ.
   Attorneys for Defendant Wooten

5

6

7

8  **CASE MANAGEMENT ORDER**

9  Based upon the parties' Joint Case Management Conference Statement, and good cause appearing,

10

11  IT IS ORDERED THAT the Case Management Conference is continued to February 18, 2009 at 10:30 a.m.

12  Dated: December 11, 2008.

13

14

15  _____
    HON. JEREMY FOGEL
    U.S. District Court Judge

16

17

18

19

20

21

22

23

24  20165026.wpd

25  SF2003400073

26

27

28

Joint Case Mgmt. Conf. Statement                                    *Ngo v. Woodford, et al.*
                                                                    C 03-2210 JF