PETER H. KANG (No. 158101)
KEVIN P. BURKE (No. 241972)
CONNIE TSAI (No. 250264)
SIDLEY AUSTIN LLP
  555 California Street, Suite 2000
  San Francisco, California 94104
  Telephone:   (415) 772-1200
  Facsimile:   (415) 772-7400
  Email: pkang@sidley.com
         kburke@sidley.com
         ctsai@sidley.com

Attorneys for Plaintiff Viet Mike Ngo

EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
JAY C. RUSSELL, State Bar No. 122626
Supervising Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5717
  Fax: (415) 703-5843
  Email: Jay.Russell@doj.ca.gov

Attorneys for Defendants Woodford, Nienhuis, Bracy, McGarvey, and Knudsen

TIMOTHY P. MURPHY (No. 120920)
EDRINGTON, SCHIRMER
& MURPHY
  The Terraces
  2300 Contra Costa Blvd., Suite 450
  Pleasant Hill, CA 94523
  Telephone:   (925) 827-3300
  Facsimile:   (925) 827-3320
  Email: TMurphy@esmlawfirm.com

Attorneys for Defendant Wooten

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIET NGO,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>J. S. WOODFORD, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. C 03-2210 JF<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] CASE MANAGEMENT ORDER CONTINUING CMC**<br><br>Hearing:　　April 17, 2009<br>Time:　　　10:30 a.m.<br>Courtroom:　3, 5th Floor<br>Judge:　　　The Honorable Jeremy Fogel |

Joint Case Mgmt. Conf. Statement                              Ngo v. Woodford, et al.
                                                                        C 03-2210 JF

1

1  The parties jointly submit this Case Management Statement and Proposed Order:

2  Following a settlement conference held before Magistrate Judge Elizabeth Laporte on
3  September 17, 2008, the parties reached an agreement to fully settle this litigation. Since that
4  date, the parties have negotiated on terms for a formal Settlement and Release Agreement.
5  Recent discussions between the parties have resulted in a revised agreement. Despite the parties'
6  efforts, however, this process is not complete. From March 23 through 25, 2009, counsel for
7  Defendants Woodford, Nienhuis, Bracy, McGarvey, and Knudsen was engaged in the jury trial of
8  *Ronald Lemas v. Jill Brown*, N.D. Cal. No. C 07-00958 SI, which caused some delay in these
9  continuing negotiations. Nevertheless, these negotiations are nearly complete, and all parties
10 believe that the proposed agreement will be signed and executed, and a Request for Dismissal
11 filed by Plaintiff, within the next sixty days.

12 To that end, the parties request that the Court continue the Case Management Conference
13 for an additional sixty days to allow for execution of and compliance with the proposed
14 Settlement and Release Agreement.

15 Dated: April 7, 2008

16 Respectfully submitted,

17 EDMUND G. BROWN JR.
   Attorney General of the State of California

18 DAVID S. CHANEY
19 Chief Assistant Attorney General

   ROCHELLE C. EAST
20 Senior Assistant Attorney General

   MICHAEL W. JORGENSON
21 Supervising Deputy Attorney General

23 */s/ Jay C. Russell*

24 JAY C. RUSSELL
   Supervising Deputy Attorney General
25 Attorneys for Defendants Woodford, Nienhuis, Bracy, McGarvey, and Knudsen

SIDLEY AUSTIN LLP

*/s/ Connie Tsai*

CONNIE TSAI, ATTORNEY AT LAW
KEVIN P. BURKE, ESQ.
Attorneys for Plaintiff Mike Viet Ngo


EDRINGTON, SCHIRMER & MURPHY

*/s/ Timothy P. Murphy*

TIMOTHY P. MURPHY, ESQ.
Attorneys for Defendant Wooten


**CASE MANAGEMENT ORDER**

Based upon the parties' Joint Case Management Conference Statement, and good cause appearing,

IT IS ORDERED THAT the Case Management Conference is continued to June 19, 2009 at 10:30 a.m.

Dated: April __10__, 2008.

_____
HON. JEREMY FOGEL
U.S. District Court Judge

20193521.wpd

SF2003400073