```
 1  PETER H. KANG (No. 158101)
    KEVIN P. BURKE (No. 241972)
 2  CONNIE TSAI (No. 250264)                      **E-Filed 6/18/2009**
    SIDLEY AUSTIN LLP
 3   555 California Street, Suite 2000
     San Francisco, California 94104
 4   Telephone:  (415) 772-1200
     Facsimile:  (415) 772-7400
 5   Email: pkang@sidley.com
            kburke@sidley.com
 6          ctsai@sidley.com

 7  Attorneys for Plaintiff Viet Mike Ngo

 8  EDMUND G. BROWN JR.                           TIMOTHY P. MURPHY (No. 120920)
    Attorney General of the State of California   EDRINGTON, SCHIRMER
 9  DAVID S. CHANEY                               & MURPHY LLP
    Chief Assistant Attorney General              The Terraces
10  ROCHELLE C. EAST                              2300 Contra Costa Blvd., Suite 450
    Senior Assistant Attorney General             Pleasant Hill, CA 94523
11  MICHAEL W. JORGENSON                          Telephone:  (925) 827-3300
    Supervising Deputy Attorney General           Facsimile:  (925) 827-3320
12  JAY C. RUSSELL, State Bar No. 122626          Email: TMurphy@esmlawfirm.com
    Supervising Deputy Attorney General
13   455 Golden Gate Avenue, Suite 11000          Attorneys for Defendant Wooten
     San Francisco, CA 94102-7004
14   Telephone: (415) 703-5717
     Fax: (415) 703-5843
15   Email: Jay.Russell@doj.ca.gov

16  Attorneys for Defendants Woodford, Nienhuis, Bracy,
    McGarvey, and Knudsen
17
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIET NGO,<br><br>        Plaintiff,<br><br>  v.<br><br>J. S. WOODFORD, et al.,<br><br>        Defendants. | Case No. C 03-2210 JF<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] CASE MANAGEMENT ORDER CONTINUING CMC**<br><br>Hearing: June 19, 2009<br>Time:  10:30 a.m.<br>Courtroom: 3, 5th Floor<br>Judge:  The Honorable Jeremy Fogel |

Joint Case Mgmt. Conf. Statement                    *Ngo v. Woodford, et al.*
                                       C 03-2210 JF

1  The parties jointly submit this Case Management Statement and Proposed Order:

2  Following a settlement conference held before Magistrate Judge Elizabeth Laporte on
3  September 17, 2008, the parties reached an agreement to fully settle this litigation. Since that
4  date, the parties have negotiated on terms for a formal Settlement and Release Agreement.
5  Continuing discussions between the parties have resulted in a proposed final draft of the
6  agreement, and it has recently been presented to the parties for execution. Plaintiff's
7  incarceration may require additional time for his review and signature.

8  To that end, the parties request that the Court continue the Case Management Conference
9  for an additional thirty days to allow for execution of and compliance with the proposed
10 Settlement and Release Agreement.

11 Dated: June 9, 2009

12              Respectfully submitted,

13 EDMUND G. BROWN JR.
   Attorney General of the State of California

14 DAVID S. CHANEY
   Chief Assistant Attorney General

15
   ROCHELLE C. EAST
16 Senior Assistant Attorney General

17 MICHAEL W. JORGENSON
   Supervising Deputy Attorney General

18

19 /s/ Jay C. Russell

20 JAY C. RUSSELL
   Supervising Deputy Attorney General
21 Attorneys for Defendants Woodford, Nienhuis, Bracy, McGarvey,
   and Knudsen

22

23 SIDLEY AUSTIN LLP

24
   /s/ Connie Tsai
25
   CONNIE TSAI, ATTORNEY AT LAW
26 KEVIN P. BURKE, ESQ.
   Attorneys for Plaintiff Viet Mike Ngo

27

28

Joint Case Mgmt. Conf. Statement                                    Ngo v. Woodford, et al.
                                                                     C 03-2210 JF

2

1
2
3  EDRINGTON, SCHIRMER & MURPHY LLP
4
5  /s/ Timothy P. Murphy

   TIMOTHY P. MURPHY, ESQ.
6  Attorneys for Defendant Wooten
7
8
9  **CASE MANAGEMENT ORDER**

10  Based upon the parties' Joint Case Management Conference Statement, and good cause
11 appearing,
12  IT IS ORDERED THAT the Case Management Conference is continued to July 24, 2009 at
13 10:30 a.m.
14 Dated: ~~April~~ June 18, 2009 ~~, 2008~~.
15
16  _____
17  HON. JEREMY FOGEL
    U.S. District Court Judge
18
19
20  20205233.wpd
21  SF2003400073
22
23
24
25
26
27
28

Joint Case Mgmt. Conf. Statement                                    Ngo v. Woodford, et al.
                                                                    C 03-2210 JF

# CERTIFICATE OF SERVICE

Case Name:   **Ngo v. Woodford, et al.**            No.    **C 03-2210 JF**

I hereby certify that on **June 9, 2009,** I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] CASE MANAGEMENT ORDER CONTINUING CMC**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **June 9, 2009**, at San Francisco, California.

|  |  |
|---|---|
| M. Luna | /s/ M. Luna |
| Declarant | Signature |

20205570.doc