1 | PETER H. KANG (No. 158101)
  | KEVIN P. BURKE (No. 241972)
2 | CONNIE TSAI (No. 250264)
  | SIDLEY AUSTIN LLP
3 |   555 California Street, Suite 2000
  |   San Francisco, California  94104                **E-Filed 7/16/2009**
4 |   Telephone:   (415) 772-1200
  |   Facsimile:    (415) 772-7400
5 |   Email: pkang@sidley.com
  |           kburke@sidley.com
6 |           ctsai@sidley.com

7 | Attorneys for Plaintiff Viet Mike Ngo

8 | EDMUND G. BROWN JR.                               TIMOTHY P. MURPHY (No. 120920)
  | Attorney General of the State of California      EDRINGTON, SCHIRMER
9 | DAVID S. CHANEY                                  & MURPHY LLP
  | Chief Assistant Attorney General                   The Terraces
10| ROCHELLE C. EAST                                   2300  Contra Costa Blvd., Suite 450
  | Senior Assistant Attorney General                  Pleasant Hill, CA  94523
11| MICHAEL W. JORGENSON                               Telephone:   (925) 827-3300
  | Supervising Deputy Attorney General                Facsimile:    (925) 827-3320
12| JAY C. RUSSELL, State Bar No. 122626               Email: TMurphy@esmlawfirm.com
  | Supervising Deputy Attorney General
13|   455 Golden Gate Avenue, Suite 11000            Attorneys for Defendant Wooten
  |   San Francisco, CA  94102-7004
14|   Telephone:  (415) 703-5717
  |   Fax:  (415) 703-5843
15|   Email:  Jay.Russell@doj.ca.gov

16| Attorneys for Defendants Woodford, Nienhuis, Bracy,
  | McGarvey, and Knudsen
17|

18|                    IN THE UNITED STATES DISTRICT COURT

19|                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

20|                              SAN JOSE DIVISION

21|

22| **VIET NGO,**                                    Case No. C 03-2210 JF

23|                              Plaintiff,          **JOINT CASE MANAGEMENT
  |                                                  CONFERENCE STATEMENT
24|         v.                                       AND [PROPOSED] CASE
  |                                                  MANAGEMENT ORDER**
25| **J. S. WOODFORD, et al.,**

26|                              Defendants.         Hearing:    July 19, 2009
  |                                                  Time:       10:30 a.m.
27|                                                  Courtroom:  3, 5th Floor
  |                                                  Judge:      The Honorable
28|                                                              Jeremy Fogel

Joint Case Mgmt. Conf. Statement                                *Ngo v. Woodford, et al.*
                                                                           C 03-2210 JF
                                       1

1  The parties jointly submit this Case Management Statement and Proposed Order:

2  Following a settlement conference held before Magistrate Judge Elizabeth Laporte on
3  September 17, 2008, the parties reached an agreement to fully settle this litigation. Since that
4  date, the parties have negotiated on terms for a formal Settlement and Release Agreement.
5  Continuing discussions between the parties have resulted in a proposed final draft of the
6  agreement. Although the parties had anticipated this agreement would be executed by this date,
7  Defendants are continuing to determine who will be the appropriate persons to sign the
8  agreement. This, together with the recent Fourth of July holiday, has led to an unexpected delay.
9  In addition, Plaintiff's incarceration requires additional time for his review and signature.

10  To that end, the parties request that the Court continue the Case Management Conference
11  for an additional thirty days to allow for execution of and compliance with the proposed
12  Settlement and Release Agreement.

13  Dated: July 14, 2009

14  Respectfully submitted,

15  EDMUND G. BROWN JR.
Attorney General of the State of California

16  DAVID S. CHANEY
Chief Assistant Attorney General

17  ROCHELLE C. EAST
18  Senior Assistant Attorney General

19  MICHAEL W. JORGENSON
Supervising Deputy Attorney General

20

21  */s/ Jay C. Russell*

22  JAY C. RUSSELL
Supervising Deputy Attorney General
23  Attorneys for Defendants Woodford, Nienhuis, Bracy,
McGarvey, and Knudsen

24
SIDLEY AUSTIN LLP
25

26  */s/ Connie Tsai*

27  CONNIE TSAI, ATTORNEY AT LAW
KEVIN P. BURKE, ESQ.
28  Attorneys for Plaintiff Viet Mike Ngo

Joint Case Mgmt. Conf. Statement                                                    *Ngo v. Woodford, et al.*
                                                                                    C 03-2210 JF
2

EDRINGTON, SCHIRMER & MURPHY LLP

*/s/ Timothy P. Murphy*

TIMOTHY P. MURPHY, ESQ.
Attorneys for Defendant Wooten

**CASE MANAGEMENT ORDER**

Based upon the parties' Joint Case Management Conference Statement, and good cause appearing,

IT IS ORDERED THAT the Case Management Conference is continued to August 28, 2009 at 10:30 a.m.

Dated: July __16__, 2009.

_____
HON. JEREMY FOGEL
U.S. District Court Judge

20210123.wpd

SF2003400073