1  PETER H. KANG (No. 158101)
   KEVIN P. BURKE (No. 241972)
2  CONNIE TSAI (No. 250264)                    **E-Filed 8/27/2009**
   SIDLEY AUSTIN LLP
3    555 California Street, Suite 2000
     San Francisco, California 94104
4    Telephone: (415) 772-1200
     Facsimile: (415) 772-7400
5    Email: pkang@sidley.com
            kburke@sidley.com
6           ctsai@sidley.com

7  Attorneys for Plaintiff Viet Mike Ngo

8  EDMUND G. BROWN JR.                         TIMOTHY P. MURPHY (No. 120920)
   Attorney General of the State of California  EDRINGTON, SCHIRMER
9  DAVID S. CHANEY                             & MURPHY LLP
   Chief Assistant Attorney General              The Terraces
10 ROCHELLE C. EAST                              2300 Contra Costa Blvd., Suite 450
   Senior Assistant Attorney General             Pleasant Hill, CA 94523
11 MICHAEL W. JORGENSON                          Telephone: (925) 827-3300
   Supervising Deputy Attorney General           Facsimile: (925) 827-3320
12 JAY C. RUSSELL, State Bar No. 122626          Email: TMurphy@esmlawfirm.com
   Supervising Deputy Attorney General
13   455 Golden Gate Avenue, Suite 11000       Attorneys for Defendant Wooten
     San Francisco, CA 94102-7004
14   Telephone: (415) 703-5717
     Fax: (415) 703-5843
15   Email: Jay.Russell@doj.ca.gov

16 Attorneys for Defendants Woodford, Nienhuis, Bracy,
   McGarvey, and Knudsen
17

18              IN THE UNITED STATES DISTRICT COURT

19              FOR THE NORTHERN DISTRICT OF CALIFORNIA

20                        SAN JOSE DIVISION

21

22 **VIET NGO,**                               Case No. C 03-2210 JF

23                         Plaintiff,          **JOINT CASE MANAGEMENT
                                               CONFERENCE STATEMENT
24     v.                                      AND [PROPOSED] CASE
                                               MANAGEMENT ORDER**
25 **J. S. WOODFORD, et al.,**

26                         Defendants.         Hearing:    August 28, 2009
                                               Time:       10:30 a.m.
27                                             Courtroom:  3, 5th Floor
                                               Judge:      The Honorable
28                                                         Jeremy Fogel

Joint Case Mgmt. Conf. Statement                                   Ngo v. Woodford, et al.
                                                                          C 03-2210 JF

1

1   The parties jointly submit this Case Management Statement and Proposed Order:

2   Following a settlement conference held before Magistrate Judge Elizabeth Laporte, the
3   parties reached an agreement to fully settle this litigation. After further negotiations, the parties
4   have now agreed on the terms of a formal Settlement and Release Agreement. That Agreement
5   has been submitted to the parties for signature. Because the Agreement has not been fully
6   executed as of the date this Statement is being filed, the parties request that the Court continue
7   the Case Management Conference for an additional thirty days to allow for complete execution
8   of and compliance with the proposed Settlement and Release Agreement and the filing of a
9   Request for Dismissal.

10   Dated: August 18, 2009

11   Respectfully submitted,

12   EDMUND G. BROWN JR.
     Attorney General of the State of California

13   DAVID S. CHANEY
     Chief Assistant Attorney General

14   
15   ROCHELLE C. EAST
     Senior Assistant Attorney General

16   MICHAEL W. JORGENSON
     Supervising Deputy Attorney General

17

18   /s/ Jay C. Russell

19   JAY C. RUSSELL
     Supervising Deputy Attorney General
20   Attorneys for Defendants Woodford, Nienhuis, Bracy, McGarvey,
     and Knudsen

21   SIDLEY AUSTIN LLP
22

23   /s/ Connie Tsai

24   CONNIE TSAI, ATTORNEY AT LAW
     KEVIN P. BURKE, ESQ.
25   Attorneys for Plaintiff Viet Mike Ngo

26
27
28

EDRINGTON, SCHIRMER & MURPHY LLP

*/s/ Timothy P. Murphy*

TIMOTHY P. MURPHY, ESQ.
Attorneys for Defendant Wooten

## CASE MANAGEMENT ORDER

Based upon the parties' Joint Case Management Conference Statement, and good cause appearing,

IT IS ORDERED THAT the Case Management Conference is continued to September 25, 2009 at 10:30 a.m.

Dated: August 27, 2009.

HON. JEREMY FOGEL
U.S. District Court Judge

20217363.wpd

SF2003400073

Joint Case Mgmt. Conf. Statement

*Ngo v. Woodford, et al.*
C 03-2210 JF