| | |
|---|---|
| 1 | EDMUND G. BROWN JR.<br>Attorney General of California |
| 2 | MICHAEL W. JORGENSON<br>Supervising Deputy Attorney General |
| 3 | JAY C. RUSSELL<br>Supervising Deputy Attorney General |
| 4 | State Bar No. 122626<br> 455 Golden Gate Avenue, Suite 11000 |
| 5 |  San Francisco, CA  94102-7004<br> Telephone:  (415) 703-5717 |
| 6 |  Fax:  (415) 703-5843<br> E-mail:  Jay.Russell@doj.ca.gov |
| 7 | *Attorneys for Defendants J. Woodford, I. A. Nienhuis, J. Bracy, M. McGarvey, R. Knudsen, J.* |
| 8 | *Lewin, and L. Massen* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **VIET NGO,** | C 03-2210 JF |
| Plaintiff, | **NOTICE OF SETTLEMENT AND [PROPOSED] ORDER OF DISMISSAL** |
| v. | |
| **J. S. WOODFORD, et al.,** | |
| Defendants. | |

In accordance with Local Rule 40-1, the parties notify the Court that a settlement has been reached and has been fully executed in this matter. A true and correct copy of the Settlement and Release Agreement is attached as Exhibit A.

The parties stipulate, through their counsel of record, that this case be dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii). The parties further agree that all parties will bear their own costs and fees.

| | | |
|---|---|---|
| 1 | Date: August ___, 2009 | SIDLEY AUSTIN LLP |
| 2 | | By:   /s/ *Connie Tsai*                      . |
| 3 | | Connie Tsai<br>Attorney for Plaintiff Viet Ngo |
| 4 | | |
| 5 | Date: August ___, 2009 | EDMUND G. BROWN JR.<br>Attorney General of the State of |
| 6 | | California |

Date: August ___, 2009

By:   */s/ Jay C. Russell*                      .
Jay C. Russell
Deputy Attorney General
Attorneys for Defendants J. Woodford, I. A. Nienhuis, J. Bracy, M. McGarvey, R. Knudsen, J. Lewin, and L. Massen

Date: August ___, 2009        EDRINGTON, SCHIRMER & MURPHY

By:   */s/ Timothy P. Murphy*                      .
Timothy P. Murphy
Attorneys for Defendant D. Wooten

IT IS SO ORDERED.

Date:  9/23/09                    

_____
The Honorable Jeremy Fogel
U.S. District Court Judge

SF2003400073
20217969.doc

2